NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## NATIONAL ORGANIZATION OF VETERANS ADVOCATES, INC.,
*Petitioner,*

v.

## SECRETARY OF VETERANS AFFAIRS,
*Respondent.*

---

2011-7191

---

On petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

## ORDER

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 46-day extension of time, until June 19, 2012, to file his initial brief. National Organization of Veterans Advocates, Inc. (NOVA) opposes. The Secretary replies. NOVA moves for leave to file a surreply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.  No further extensions will be granted.

FOR THE COURT

JUN 1 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Roman Martinez, Esq.
     John J. Todor, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2012

JAN HORBALY
CLERK